UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

KENDELL JONES,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/07/2024_

24 Cr. 269-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of defense counsel's letter at ECF No. 36. Accordingly, the Court shall hold a substitution-of-counsel hearing for Defendant Kendell Jones on **October 10, 2024**, at **2:30 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for Jones, Sean Maher, shall be permitted to appear via videoconference. All other parties shall appear in person. The Government need not attend.

    SO ORDERED.

Dated: October 7, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge