```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/11/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

KENDELL JONES,

Defendant.

24 Cr. 269-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The substitution-of-counsel hearing scheduled for October 10, 2024, is ADJOURNED to **October 15, 2024**, at **4:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 11, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge