UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

KENDELL JONES,

                            Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 10/17/2024
```

24 Cr. 269-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The substitution-of-counsel hearing scheduled for October 15, 2024, is ADJOURNED to **October 31, 2024**, at **4:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Government need not appear.

      SO ORDERED.

Dated: October 17, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge