```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

24 Cr. 269-1 (AT)

KENDELL JONES,

**ORDER**

                             Defendant.

ANALISA TORRES, District Judge:

      For the reasons stated on the record, CJA Attorney Sean Maher's motion to withdraw as counsel, ECF No. 36, is GRANTED. CJA Attorney Margaret Shalley is hereby APPOINTED to represent Defendant Kendell Jones in this criminal proceeding. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 36, and to terminate the appearance of Mr. Maher on the docket.

      SO ORDERED.

Dated: October 31, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge