USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2024__

# MARGARET M. SHALLEY,

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 4, 2024

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re:** *United States v. Kendell Jones*,
              **24 Cr. 269 (AT)**

Dear Judge Torres:

    I was assigned to represent Kendell Jones, the defendant in the above-referenced matter, on October 31, 2024. A conference in this case is currently scheduled for November 18, 2024. The purpose of this letter is to respectfully request that the Court permit David Cohen, an attorney for a co-defendant, to stand in for me at the conference. Counsel will be out of the country on the day of the conference and will be unable to attend. Accordingly, it is respectfully requested that the Court permit David Cohen to stand in for me at the conference. Counsel has spoken with Mr. Jones and he consents to this request.

    The Court's time and consideration of this matter are greatly appreciated.

                                  Respectfully submitted,

                                  / s /

                                Margaret M. Shalley

cc:    All counsel (*via ECF*)

GRANTED.

SO ORDERED.

Dated: November 5, 2024
       New York, New York

                                ANALISA TORRES
                                United States District Judge