USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2024

# MARGARET M. SHALLEY,
MARGARET M. SHALLEY & ASSOCIATES
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 20, 2024

**VIA ECF & EMAIL**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Kendell Jones*,
      24 Cr. 269-1 (AT)

Dear Judge Torres:

I was assigned to represent Kendell Jones, the defendant in the above-referenced matter, on October 31, 2024. The Court informed counsel that the next conference date was November 18, 2024. Counsel was out of the country from November 7 until November 26, 2024 and was unable to attend this conference and David Cohen, an attorney for a co-defendant, was permitted to stand in for me. At this conference, the Court scheduled an additional conference for December 2, 2024, as well as a motion schedule and a trial date. My understanding is that defense motions are due January 6th. The purpose of this letter is to respectfully request that the Court extend the date for counsel to file motions for three weeks to give counsel enough time to review the discovery in this case. An adjournment of three weeks would provide counsel time review the discovery and meet with the defendant prior to filing motions. This is counsel's first request for an adjournment of the motion schedule and the Government consents to this request. Accordingly, it is respectfully requested that the motion schedule be extended by three weeks.

GRANTED. Defendant Kendell Jones' defense motions are due by **January 27, 2025**. The Government's opposition papers shall be due by **February 10, 2025**. By **February 17, 2025**, Defendant may file an optional reply.

SO ORDERED.

Dated: November 21, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge